STATE OF NEW JERSEY v. JAMES E. NICHOLS.

April 15, 1981.

Petition for certification denied.

NEWARK FIREMEN'S MUTUAL BENEVOLENT
ASSOCIATION, LOCAL NO. 4

v.

CITY OF NEWARK.

April 15, 1981.

Petition for certification granted.   (See 177 *N.J.Super.* 239)

LLOYD ZBAR v. DR. KUNG T. SHENG.

April 15, 1981.

Petition for certification denied.

STATE v. PESCE.

April 15, 1981.

Petition for certification denied.